UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FA'AMANATU ILOILO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>A. ANG, JR., et al.,<br><br>　　　　　Defendants. | Case No. EDCV 09-1385-AHM (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND FINAL RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

IT IS ORDERED that the Judgment be entered: (1) approving and adopting this Report and Recommendation; and (2) granting Defendant Ang's Motion to Dismiss for failure to exhaust administrative remedies and dismissing the action as to Defendant Ang without prejudice.

DATED: 8/10/10

HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge