# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FA'AMANATU ILOILO, | Case No. EDCV 09-1385-AHM (OP) |
| Plaintiff, | J U D G M E N T |
| vs. | |
| A. ANG, JR., et al., | |
| Defendants | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1 | IT IS ADJUDGED that the action as to Defendant Ang is dismissed without
2 | prejudice.

DATED: 8/10/10

HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge