JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FA'AMANATU ILOILO, | ) | Case No. EDCV 09-1385-AHM (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| A. ANG, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the Complaint is denied and this action is hereby dismissed without prejudice for failure to prosecute as to remaining unserved Defendants Kirk Torres, M.D., Riva Robinson, M.D., Chuong Luu, M.D., David Dunn, M.D., Abdollah Alavi, M.D., and Luu, M.D.

DATED: 10/26/10

_____
HONORABLE A. HOWARD MATZ
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge